IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SHEILA G. RICHARDSON                                                      PLAINTIFF

VS.                                                      CAUSE NO. 4:05-cv-00200-WAP-EMB

JO ANN BARNHART,
COMMISSIONER OF SOCIAL SECURITY                                DEFENDANT

## ORDER GRANTING ADDITIONAL
## TIME IN WHICH TO FILE BRIEF

**THIS DAY** this cause having come on for hearing on Plaintiff's *ore tenus* Motion for Extension of time in which to filed a brief in support of the Complaint, and the Court, after finding defendant has no objection to said extension of time and after having heard and considered said motion, does Order as follows:

That the Plaintiff shall have until June 5, 2006, in which to file her brief in support of the Complaint.

**SO ORDERED** this, the 3rd day of May, 2006.

/s/ Eugene M. Bogen
U. S. MAGISTRATE JUDGE